THOMAS E. BELTRAN, ESQ., State Bar No. 171884
BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE, L.L.P.
2501 W. Burbank Blvd., Suite 200
Burbank, California 91505
Telephone: (818) 567-1776
Facsimile: (818) 955-9877

Attorney for Plaintiff
PETER J. PINEDO.



FILED
OCT 07 2005
CLERK
NORTHERN...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER J. PINEDO,

    Plaintiff,

vs.

JOANNE B. BARNHART,
Commissioner of Social Security,

    Defendants.

CASE NO. C05 01421 PVT

STIPULATION TO CONTINUE DATES FOR FILING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

Pretrial Conference:
Date: None Set.
Time:
Ctrm: 5
Trial Date: None Set.

The parties, through counsel, and at plaintiff's request, have agreed to stipulate to continue the filing deadlines set by Civil L.R. 16-5 on the plaintiff's Motion for Summary Judgment. The reason for the request are two-fold. Plaintiff's counsel has a hearing set for November 1 through 4, 2005 in San Francisco, and briefs within the month in several other matters including a writ of mandamus, a summary judgment motion in another social security case, and an appellate brief. Secondly, plaintiff's counsel will be taking off a significant period of time during the first two weeks of October for religious reasons. Counsel, although he is in a firm, is the sole attorney on this case and no other attorney is able to or capable of handling the matter. Based on these circumstances,

*Stipulation to Continue Date for Filing Plaintiff's Motion for Summary Judgment.*
Page 1

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ISSUE THE FOLLOWING ORDER to continue the filing of the Motion for Summary Judgment presently due on October 25, 2005, to December 21, 2005.

IT IS SO STIPULATED:

DATED: September 27, 2005

BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE, LLP

By _____
THOMAS E. BELTRAN, ESQ.
Attorneys for Plaintiff

DATED: 9/28/05

KEVIN V. RYAN
UNITED STATES ATTORNEY
JOANN M. SWANSON
Assistant United States Attorney

_____
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendant
Jo Anne B. Barnhart

IT IS SO ORDERED:

DATED: 10/7/05

_____
UNITED STATES MAGISTRATE JUDGE
PATRICIA V. TRUMBULL

*Stipulation to Continue Date for Filing Plaintiff's Motion for Summary Judgment.*
*Page 2*