1  THOMAS E. BELTRAN, ESQ., State Bar No. 171884
   BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE, L.L.P.
2  2501 W. Burbank Blvd., Suite 200
   Burbank, California 91505
3  Telephone: (818) 567-1776
   Facsimile: (818) 955-9877
4
   Attorney for Plaintiff
5  PETER J. PINEDO.

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9  PETER J. PINEDO,                    ) CASE NO. C05 01421 PVT
                                        )
10              Plaintiff,              ) STIPULATION TO CONTINUE DATES
    vs.                                 ) FOR FILING PLAINTIFF'S MOTION
11                                      ) FOR SUMMARY JUDGMENT;
    JOANNE B. BARNHART,                 ) [PROPOSED] ORDER
12  Commissioner of Social Security,    )
                                        )
13              Defendants.             ) Pretrial Conference:
                                        ) Date: None Set.
14                                      ) Time:
                                        ) Ctrm: 5
15  _____     ) Trial Date: None Set.

16

17       IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject

18 to the approval of the Court, that Plaintiff Peter J. Pinedo may have an extension of time

19 in which to file his response to defendant's cross motion for summary judgement and his

20 reply to defendant's opposition to plaintiff's motion for summary judgement. Plaintiff"s

21 papers were due on April 6, 2006. Plaintiff's responses are now due on August 14,

22 2006.

23 / / / /

24 / / / /

25 / / / /

26

27

28

*Stipulation to Continue Date for Filing Plaintiff's Papers re: Cross Motions for Summary Judgment.*
*Page 1*

| | | |
|---|---|---|
| 1 | DATED: May 30, 2006 | BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE, LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | _____<br>THOMAS E. BELTRAN, ESQ.<br>Attorneys for Plaintiff |
| 6 | | |
| 7 | | |
| 8 | DATED: | KEVIN V. RYAN<br>UNITED STATES ATTORNEY |
| 9 | | JOANN M. SWANSON<br>Assistant United States Attorney |
| 10 | | |
| 11 | | |
| 12 | | _____ |
| 13 | | SARA WINSLOW<br>Assistant United States Attorney<br>Attorneys for Defendant |
| 14 | | Jo Anne B. Barnha |
| 15 | | |
| 16 | SO ORDERED: | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | DATED: | _____<br>PATRICIA V. TRUMBULL<br>United States Magistrate Judge |
| 21 | | |

*Stipulation to Continue Date for Filing Plaintiff's Papers re: Cross Motions for Summary Judgment.*
*Page 2*

1 | DATED: May 30, 2006

BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE, LLP

*[signature]*

THOMAS E. BELTRAN, ESQ.
Attorneys for Plaintiff

DATED: 5/30/6

KEVIN V. RYAN
UNITED STATES ATTORNEY
JOANN M. SWANSON
Assistant United States Attorney

*[signature]*

SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendant
Jo Anne B. Barnhart

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: June 6, 2006

*[signature]*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

Stipulation to Continue Date for Filing Plaintiff's Papers re: Cross Motions for Summary Judgment.
Page 2